# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                    No. 4:24-CR-00130-02-DPM

GARNER AUTRY

## ORDER

Pending before the Court is Defendant Garner Autry's motion for weekend furlough. *Doc. 49*. For the reasons below, the request is denied.

On December 2, 2024, I held a detention hearing for Mr. Autry. To rebut concerns of Mr. Autry being a serious flight risk, he proposed that he be released directly to inpatient treatment. After discovering an outstanding state court warrant, the parties agreed that Mr. Autry was not eligible for release on federal conditions at that time. I remanded Mr. Autry to the custody of state authorities and denied his motion for release, without prejudice to renewing his request once he returned to federal custody. *Doc. 41*.

At a March 4, 2025, detention hearing Mr. Autry proposed that he be allowed to attend inpatient drug treatment for thirty days, followed by therapeutic community treatment. The Government did not object. I granted the request. *Doc. 48*.

On March 28, 2025, Mr. Autry filed the pending motion for weekend furlough "to visit his mother, Kathie Waters, at the home of Celina Pratt" starting April 4, 2025.[1] *Doc. 49.*

Overnight passes typically are not recommended during the first ninety days of therapeutic community treatment, because, among other things, patients are still acclimating to their new environment and therapy. Although Mr. Autry recently completed inpatient treatment, he will have been in therapeutic community treatment for only a few days before starting his requested furlough. At this point, an overnight visit has great potential to disrupt his treatment success.[2]

Accordingly, Mr. Autry's motion for weekend furlough (*Doc. 49*) is DENIED.

Dated 1 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the bail report, Ms. Pratt is Mr. Autry's romantic partner. Mr. Autry provides no details about whether there is a legitimate urgency necessitating a visit with his mother this weekend. Additionally, he gives no explanation as to why he needs a weekend-long visit with his mother at his girlfriend's house.

[2] Mr. Autry is free to request a day pass from his treatment facility, which will allow him to visit family during the day but return to the facility at night.