IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                           No. 4:24-CR-00130-02-DPM

GARNER AUTRY

### ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

Defendant Garner Autry is about to complete therapeutic community treatment ("TCT"). The March 4, 2025 order setting conditions of release noted that location monitoring would be implemented following the completion of TCT, but it did not indicate a specific location restriction program. *Doc. 48*. After speaking with Mr. Autry's supervising pretrial officer, I believe that curfew with location monitoring is appropriate. Mr. Autry is required to be at home between 10:00 p.m. and 6:00 a.m. each day, or as modified by his supervising pretrial officer.[1]

All other previously imposed conditions of pretrial release (*Id.*) remain in effect.

Dated 26 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Autry's pretrial supervising officer is authorized to: (1) alter the curfew hours to accommodate Mr. Autry's work schedule; and (2) make exceptions for an approved activity on a case-by-case basis.